UNITED STATES BANKRUPTCY COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: | * | CHAPTER 11 BANKRUPTCY |
| | * | |
| ADVANCED COMMERCIAL | * | CASE NO. 08-10609 |
| CONTRACTING, INC. | * | |
| *DEBTORS* | * | SECTION "B" |
| | * | |

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

### **ORDER**

Upon considering theMotion to Continue Employment and Compensation of Insiders **(P-16)**, a hearing having been held on April 1, 2008, proper service having been given and no objections having been filed,

IT IS HEREBY ORDERED that the current employees of Advanced Commercial Contracting, Inc. shall be allowed to continue their employment at the rates they are currently being compensated.

IT IS FURTHER ORDERED that Edward J. Hartson be allowed to continue his employment with Advanced Commercial Contracting, Inc. and continue his duties as Chief Executive Officer of Advanced Commercial Contracting, Inc.

New Orleans, Louisiana, April 2, 2008.

*/s/ J. A. Brown*
_____
Jerry A. Brown
U.S. Bankruptcy Judge